COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:          In the Matter of T.S.

Appellate case number:        01-17-00825-CV

Trial court case number:      JV21772

Trial court:                  County Court at Law No. 2 & Probate Court of Brazoria County

This is an accelerated appeal from a juvenile certification judgment. On January 3, 2018, the day the appellant's brief was due, appellant's new counsel, Joseph Kyle Verret, filed a first motion for extension of time to file a brief, requesting a 30-day extension until February 2, 2018.

Appeals in juvenile certification cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed, so far as reasonably possible. *See* Order Accelerating Juvenile Certification Appeals and Requiring Juvenile Courts to Give Notice of the Right to an Immediate appeal, Misc. Docket No. 15-9156 (Tex. Aug. 28, 2015). The notice of appeal in this case was filed on October 27, 2017, from the juvenile certification judgment signed on September 26, 2017, setting the 180-day compliance deadline for April 25, 2018. *See id.* at 3(a).

Although this is appellant's first extension request, the accelerated schedule in juvenile certification cases requires greater compliance with briefing deadlines and greater scrutiny of extensions. Appellant's counsel contends that an extension is needed because, among other reasons, he has been busy preparing briefs in two criminal appeals and preparing for a jury trial in another case. Counsel has not listed whether he has already requested extensions in these cases. *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d).

Accordingly, appellant's motion for an extension of time to file appellant's brief is **GRANTED, in part, until January 24, 2018, but no further extensions will be granted**. *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley

☑ Acting individually      ☐ Acting for the Court

Date: January 4, 2018